# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

|                              |   |                                    |
|------------------------------|---|------------------------------------|
| IN RE:                       | : | MDL DOCKET NO. 4:03-CV-1507-WRW   |
| PREMPRO PRODUCTS LIABILITY   | : |                                    |
| LITIGATION                   | : |                                    |

**DIANE LAFERRARA**                                                                                                  **PLAINTIFF**

**v.**                               **4:04-CV-02271-WRW**

**WYETH, et al.**                                                                                                        **DEFENDANTS**

## ORDER

If *Helen Hill v. Wyeth*, 4:05-CV-00546-WRW, settles, we will try *Diane Laferrara*, 4:04-CV-02271, in its place -- commencing on July 20, 2010.

A scheduling order will be filed forthwith.

IT SO ORDERED this 2nd day of March, 2010.

                                                                        /s/ Wm. R. Wilson, Jr._____
                                                                           UNITED STATES DISTRICT JUDGE